# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA   

DAVID COE,

     Plaintiff,        JUDGMENT IN A CIVIL CASE

v.

                     CASE NUMBER:   3:16-CV-00548-RCJ-VPC

CONNIE BISBEE, et al.

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's July 27, 2017

**IT IS FURTHER ORDERED AND ADJUDGED** the motion to proceed *in forma pauperis* ECF No. [1] is denied as moot.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered.

October 10, 2017                            **DEBRA K. KEMPI**
                                                                         Clerk

                                                         /s/ K. Walker
                                                           Deputy Clerk